**Opinion filed July 9, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00128-CV

_____

**RODNEY BUNSEN AND WIFE, MARTHA BUNSEN, Appellants**

**V.**

**JACK PERRY FAMILY LIMITED PARTNERSHIP, Appellee**

**On Appeal from the 32nd District Court**
**Fisher County, Texas**
**Trial Court Cause No. 6330**

**M E M O R A N D U M   O P I N I O N**

Appellants have filed in this court a motion to dismiss this appeal. In the motion, Appellants state that they "no longer wish to appeal this matter" and request that this court "dismiss their appeal." *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

July 9, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.